UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-24276-DPG

**BONNIE L. BALDERRAMA**,

    Plaintiff,

v.

**MAMASITA BRICKELL, INC. d/b/a
ALMA ROSA RESTAURANT,
CARLOS CHACIN, individually,
and AGUSTIN SILVA DIAZ, individually**,

    Defendants.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice (the "Motion"), [ECF No. 13]. Being fully advised, it is **ORDERED** and **ADJUDGED** that

The Motion is **GRANTED**. The parties' Settlement Agreement is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction to enforce the terms of the parties' settlement.

**DONE AND ORDERED** in Chambers at Miami, Florida this 27th day of April, 2023.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record